431 A.2d 277

**CHARTIERS VALLEY SCHOOL DISTRICT and Township of Scott, Appellees,**

v.

**BOARD OF PROPERTY ASSESSMENT, APPEALS AND REVIEW, Virginia Mansions Apartments, Inc., Property Owner.**

**Appeal of VIRGINIA MANSIONS APARTMENTS, INC.**

Supreme Court of Pennsylvania.

Submitted March 3, 1981.

Decided July 2, 1981.

Robert O. Lampl, Campbell, Lampl & Levine, Pittsburgh, for appellant.

James H. McLean, County Sol., William P. Bresnahan, Allegheny County Law Dept., Pittsburgh, for appellees.

Thomas J. Dempsey, Pittsburgh, for Chartiers Valley School District.

William J. Fahey, John M. Silvestri, Pittsburgh, for Board of Property Assessment & Review.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN, and WILKINSON, JJ.

OPINION

PER CURIAM.

Appeal dismissed as improvidently granted, 52 Pa.Cmwlth. 262, 415 A.2d 963.